1  TANJA L. DARROW, Bar No. 175502
   SARAH E. ROSS, Bar No. 252206
2  LITTLER MENDELSON
   A Professional Corporation
3  2049 Century Park East
   5th Floor
4  Los Angeles, CA  90067.3107
   Telephone:  310.553.0308
5  Facsimile:   310.553.5583
   E-mail: tdarrow@littler.com
6
   Attorneys for Defendants
7  POLO RALPH LAUREN CORP. and FASHIONS
   OUTLET OF AMERICA, INC.
8

9
   VINCE CALDERONE, Bar No. 164672
10 ANNE S. KELSON, Bar No. 257851
   BONONI LAW GROUP, LLP
11 915 Wilshire Blvd, Suite 1950
   Los Angeles, CA  90017
12 Telephone:  213.553.9200
   Facsimile:   213.553.9215
13 E-mail: vcalderone@bononilawgroup.com

14 Attorneys for Plaintiff
   JAIME SEARIGHT
15

JS 6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| JAIME SEARIGHT, an individual, | Case No. ED CV 10-0944 DSF (VBKx) |
|---|---|
| Plaintiff, | ASSIGNED FOR ALL PURPOSES TO JUDGE DALE S. FISCHER |
| v. | **ORDER GRANTING STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |
| POLO RALPH LAUREN CORP., a corporation; FASHIONS OUTLET OF AMERICA, INC., a corporation, and Does 1 through 50, inclusive, | Complaint Filed:  May 25, 2010<br>Trial Date: October 18, 2011 |
| Defendants. | |

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

| | |
|---|---|
| JAIME SEARIGHT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>POLO RALPH LAUREN CORP., a corporation; FASHIONS OUTLET OF AMERICA, INC., a corporation, and Does 1 through 50, inclusive,<br><br>Defendants. | Case No. ED CV 10-0944 DSF (VBKx)<br><br>ASSIGNED FOR ALL PURPOSES TO JUDGE DALE S. FISCHER<br><br>**ORDER GRANTING STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: May 25, 2010<br>Trial Date: October 18, 2011 |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

1     GOOD CAUSE APPEARING THEREFOR, it is HEREBY ORDERED THAT the above-captioned action be and hereby is dismissed with prejudice pursuant to Fed. R. C. P. 41(a)(1) and each party shall bear their own attorneys' fees and costs of suit.

Dated: 6/30/11

_____
HON. DALE S. FISCHER
JUDGE, U.S. DISTRICT COURT

C:\Documents and Settings\cward\Desktop\ED CV10-0944 DSF Proposed Order re Voluntary Dismissal With Prejudice.doc

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308